IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20881
Conference Calendar
_____


LINDSEY MCADAMS,

                                        Plaintiff-Appellant,

versus

OSHA, Director,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-94-436
- - - - - - - - - -
April 18, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Lindsey McAdams has appealed the district court's dismissal
of his suit, without prejudice, for failure to prosecute.
Nevertheless, he has failed to brief any issue.  Issues that are
not briefed are deemed abandoned.  See United States v. Wilkes,
20 F.3d 651, 653 (5th Cir. 1994); Yohey v. Collins, 985 F.2d 222,
225 (5th Cir. 1993).  Because he has abandoned any appellate
issue, McAdams's appeal is frivolous, and it is DISMISSED as
such.  5TH CIR. R. 42.2.

     We caution McAdams that any additional frivolous appeals
filed by him or on his behalf will invite the imposition of

          Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

sanctions. To avoid sanctions, McAdams is further cautioned to review all pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED.